# Connell Foley LLP
### ATTORNEYS AT LAW

85 Livingston Avenue
Roseland, N.J. 07068-3702
(973) 535-0500
Fax: (973) 535-9217

**Other Offices**

Harborside Financial Center
2510 Plaza Five
Jersey City, NJ 07311
(201) 521-1000
Fax: (201) 521-0100

1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
(215) 246-3403
Fax: (215) 665-5727

888 Seventh Avenue
9th Floor
New York, NY 10106
(212) 307-3700
Fax: (212) 262-0050

One Greentree Centre
Suite 201
Marlton, NJ 08053
(856) 988-5487
Fax: (856) 596-8359

The Atrium, Suite E
309 Morris Avenue
Spring Lake, NJ 07762
(732) 449-1440
Fax: (732)449-0934

John A. Pindar (1969)
George W. Connell (2005)
Adrian M. Foley, Jr.
George J. Kenny*
Kenneth F. Kunzman
Samuel D. Lord
Richard D. Catenacci
Richard J. Badolato*
Peter D. Manahan
John B. Murray
Mark L. Fleder
Kevin J. Coakley
Thomas S. Cosma
Kathleen S. Murphy
Patrick J. McAuley
Peter J. Pizzi*+
Kevin R. Gardner
Robert E. Ryan
Michael X. McBride*
Jeffrey W. Moryan
Peter J. Smith*
William P. Krauss
Brian G. Steller
Philip F. McGovern, Jr.
Karen Painter Randall
Liza M. Walsh
John P. Lacey

Michael J. Crowley-
Timothy E. Corriston*
Patrick J. Hughes*+
James C. McCann*
John D. Cromie
Angela A. Iuso*
William T. McGloin*
Brendan Judge
Stephen A. Urban
Charles J. Harrington III+
Stephen V. Falanga*
Tricia O'Reilly*
Anthony F. Vitiello*+
Marc D. Haefner
Jonathan P. McHenry
Brad D. Shalit*
M. Trevor Lyons*
Craig S. Demareski*
W. Nevins McCann*
Thomas J. O'Leary*
Mitchell W. Taraschi
Michael A. Shadiack
Owen C. McCarthy*
Patricia A. Lee*+
Agnieszka Antonian*
Christopher J. Tucci+
Neil V. Mody*

*Also Admitted in New York
+Also Admitted in Pennsylvania
-Only Admitted in New York
Please Reply to Roseland, NJ

**Counsel**
John W. Bissell
Eugene J. Codey, Jr.
Francis E. Schiller*
Eugene P. Squeo*
Noel D. Humphreys*
Anthony Romano II*
Steve Barnett*
Thomas M. Scuderi*

Douglas J. Short*
James M. Merendino
Michele T. Tantalla*
Hector D. Ruiz*
Robert A. Verdibello*
Jennifer C. Critchley*
Patrick S. Brannigan*
Daniela R. D'Amico*
Christine I. Gannon*
Philip W. Allogramento III*
Laurie B. Kachonick*
Andrew C. Sayles*
Stephen D. Kessler
Christopher Abatemarco*
Anthony J. Corino*
William D. Deveau*
Conor F. Murphy*
Meghan Barrett Burke*
Rukhsanah L. Lighari*
Stacie L. Powers*
Nicole B. Dory*
Joseph A. Villani, Jr.*
Michael Bojbasa-

Karin I. Spalding*
Jodi Anne Hudson*
Richard A. Jagen
Joseph M. Murphy*
Nancy A. Skidmore*
Jason E. Marx*
Alexis E. Lazzara
Daniel B. Kessler

Christopher M. Hemrick*
Susan Kwiatkowski*
Monica Seth*
Melissa D. Lopez
Andrew L. Baron*
Jason D. Falk*
Michael J. Shortt+
Joanna S. Rich*
Patrick J. Murphy, III*
Meghan K. Musso
Edmund J. Caulfield*
Sydney J. Darling*
Jessica L. Palmer
Neil V. Shah*
Stephen R. Turano*
Tara L. Touloumis*
Steven A. Kroll*
Michael J. Creegan*
Thomas M. Blewitt, Jr.+
Brian S. Wolfson
Sonya B. Cole*
Molly F. Hurley
James E. Figliozzi-

January 30, 2012

**VIA ELECTRONIC FILING**

Hon. William D. Wall, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

    Re:    Zirogiannis v. Fein, Such & Crane, LLP, et al.
             Civil Action No. 2:10-cv-1657

Dear Judge Wall:

      This firm represents defendants Fein, Such & Crane, LLP ("FSC"), and Fein, Such, Kahn & Shepard, P.C. ("FSKS"), relevant to the above matter. FSC and FSKS are in the process of responding to discovery responses by Plaintiff and respectfully request, <u>with the consent of all parties</u>, that the Court enter the attached Confidentiality Stipulation and Qualified Protective Order ("Stipulation and Order") relevant to certain discovery sought in this matter, which arises from claims under the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA"). Specifically, Plaintiff seeks certain information relevant to the business operations, business procedures and net worth of the respective defendants in this matter, as set forth in paragraph 1 of the attached Stipulation and Order. The undersigned has consulted with counsel for Plaintiff and co-defendant Relin, Goldstein & Crane, LLP, and has obtained their consent for entry of the attached Stipulation and Order.

      FSC and FSKS maintain that information identified above and within the attached Stipulation and Order is private and confidential and that there is no public interest in obtaining such business documents. FSC and FSKS further maintain that they would suffer substantial and

Hon. William D. Wall, U.S.M.J.
January 30, 2012
Page 2

specific harm should such information be disclosed in contradiction to the attached Stipulation and Order. FSC and FSKS further believe that entry of the attached Stipulation and Order will promote the free exchange of certain documents and information, will greatly diminish the involvement of the Court in discovery proceedings and will move the case along more rapidly and at less cost.

In light of the foregoing, and given the consent of all parties, it is respectfully requested that the Court enter the attached Stipulation and Order.

                          Respectfully submitted,

                          */s/ Andrew C. Sayles*

                          Andrew C. Sayles (AS4022)

ACS/acs
Enclosure(s)

cc:     Daniel A. Edelman, Esq. (via ECF)
        Christopher B. Hitchcock, Esq. (via ECF)

2646555-01